UNITED STATES DISTRICT COURT

_____ EASTERN _____ **District of** _____ CALIFORNIA _____

| | |
|---|---|
| LARRY D. SMITH,<br>      Plaintiff<br><br>      V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>      Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br>CASE     1:10-AT-00626 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   24th   day of      August     ,  2010  .

                                      /s/ Sandra M. Snyder
                                      Signature of Judicial Officer

                        SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                                    Name and Title of Judicial Officer